IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-02132-JLK

JOSEPH COVELL and
YVET CRONIN,

        Plaintiffs,

v.

VOLKSWAGEN GROUP OF AMERICA, INC.,

        Defendant.

---

**ORDER ON DEFENDANT VOLKSWAGEN GROUP OF AMERICA, INC.'S <u>UNOPPOSED</u> MOTION TO STAY PENDING DECISION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION ON MOTIONS FOR TRANSFER OF RELATED ACTIONS**

---

KANE, J

      THIS MATTER having come before the Court upon Defendant Volkswagen Group of America, Inc.'s Unopposed Motion To Stay Pending Decision By The Judicial Panel on Multidistrict Litigation on Motions for Transfer of Related Actions (Doc. 12), and the Court having reviewed the Motion, the file, and being otherwise fully advised in the premises,

      ORDERS that all proceedings in this matter, including requirements under Federal Rule of Civil Procedures 16 and 26 and the time for filing of a responsive pleading to Plaintiffs' First Amended Complaint, are stayed as of the date of this order pending a ruling by the Judicial Panel on Multidistrict Litigation on the motion for transfer of actions pursuant to 28

U.S.C. § 1407 for coordinated or consolidated pretrial proceedings in *In Re: Volkswagen 'Clean Diesel' Marketing, Sales Practices and Products Liability Litigation*, MDL No. 2672.

Dated this 2nd day of November, 2015

_____
Honorable John L. Kane
SENIOR UNITED STATES DISTRICT JUDGE